**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GUARDADO, | ) NO. CV 15-05302-FMO (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| | ) |
| W.L. MONTGOMERY, | ) |
| Respondent. | ) |
| _____ | ) |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:    November 4, 2016        _____/s/_____
                                                                         FERNANDO M. OLGUIN
                                                             UNITED STATES DISTRICT JUDGE